IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHN McCORMICK, et al.,

    Plaintiffs,

   vs.

THE NCR CORPORATION,

    Defendant.

      :
      :
      :  Case No. 3:06-CV-0297
      :
        JUDGE WALTER HERBERT RICE
      :

---

DECISION AND ENTRY OVERRULING PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES (DOC. #55), WITHOUT PREJUDICE TO RENEWAL
AT CONCLUSION OF APPELLATE PROCESS, SHOULD THIS COURT'S
JUDGMENT BE AFFIRMED

---

The captioned cause is on appeal from this Court's judgment of August 27, 2009 (Doc. #54), entered in favor of Plaintiffs and against Defendant herein. Accordingly, Plaintiffs' Motion for Attorneys' Fees (Doc. #55) is overruled, without prejudice to renewal, at the conclusion of the appellate process, should this Court's judgment be affirmed.

September 27, 2010

        _____
          WALTER HERBERT RICE
        UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record